**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CONSTANTINO NARDILILLO,
      Plaintiff,

v.                                   C.A. No. 09-603 S

MICHAEL J. ASTRUE,
COMMISSIONER of the SOCIAL
SECURITY ADMINISTRATION
      Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on March 29, 2011, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Plaintiff's Motion to Reverse with a Remand for rehearing the Commissioner's Final Decision is hereby GRANTED and Defendant's Motion for an Order Affirming the Decision of the Commissioner is hereby DENIED. The matter is hereby REMANDED to the Commissioner for further administrative proceedings.

ENTER:


_____
William E. Smith
United States District Judge

Date: 4/21/11